Case 1:25-cv-01555-PKC    Document 11    Filed 04/15/25    Page 1 of 2

Sherman
Atlas
Sylvester &
Stamelman

Lauren C. Watson
Counsel

T. 973.302.9678
lwatson@shermanatlas.com

April 15, 2025

Conference Adjourned
From: _April 25, 2025_
To: _June 9, 2025 at 12 pm_
SO ORDERED:

P. KEVIN CASTEL, U.S.D.J.
Date: _4-15-25_

**VIA PACER**

Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

> **Re:**  ***BACT Process Systems, Inc. v. Mersen USA GSTN Corp.,***
> **Case # 1:25-cv-01555-PKC**

Dear Judge Castel:

We represent defendant, Mersen USA GSTN Corp. ("Mersen"), in the above-referenced action (the "Action"). There is currently an initial pretrial conference scheduled in the Action for April 25, 2025 at 11:30 a.m. (the "Initial Conference").

We write this letter to respectfully request that the Court adjourn the Initial Conference. This is Mersen's first request for an adjournment and it is being made with the consent of counsel for plaintiff, who is copied on this letter. We believe that the parties will be better able to confer on a Case Management Plan and discuss the relevant claims, defenses, and potential for settlement after Mersen has filed a responsive pleading. Accordingly, Mersen respectfully requests that the Initial Conference be adjourned until at least May 19, 2025, fourteen days after the May 5, 2025 deadline for Mersen to file a responsive pleading in the Action.

Should the Court have any questions with respect to the foregoing, please do not hesitate to contact me.

Respectfully submitted,

/s/ Lauren C. Watson

Lauren C. Watson

210 Park Avenue • 2nd Floor • Florham Park • New Jersey 07932 • 973.302.9700
1185 Avenue of the Americas • 3rd Floor • New York • New York 10036 • 212.763.6466
shermanatlas.com

Case 1:25-cv-01555-PKC    Document 11    Filed 04/15/25    Page 2 of 2

CC (via email): Jeffrey Rosenberg

4896-8052-9974, v. 1